# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Aaron Matthew LEWIS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:24-mj-099<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 10, July 16, and August 27, 2024  in the county of  Pottawattamie  in the  Southern  District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| T. 21, U.S.C., § 841(a)(1), 841(b)(1)(A) | Distribution of a controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Brandon Allen, Inv. PCSO, SWINE TF
*Printed name and title*

Date: September 10, 2024

*Judge's signature*

City and state:  Council Bluffs, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
8:55 am, Sep 11 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-mj-099 |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| AARON MATTHEW LEWIS, | **FILED UNDER SEAL** |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Investigator Brandon Allen, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Brandon Allen, have been employed by the Pottawattamie County Sheriff's Office since 2017 and a sworn police officer since 2011. This affidavit is made in the course of your Affiant's employment as an Investigator with the Pottawattamie County Sheriff's Office in your Affiant's current assignment to the Southwest Iowa Narcotics Enforcement Task Force (SWINETF).

2. In 2020, your Affiant was assigned to SWINETF. Since then, your Affiant has participated in investigations involving the unlawful distribution of controlled substances in violation of federal law or laws of the state of Iowa. This has led to arrests or convictions of individuals for offenses regarding controlled substances. In the course of your Affiant's duties regarding the investigation of drug trafficking matters, your Affiant has conducted or participated in physical surveillance, electronic surveillance, undercover transactions, the exaction of search



FILED
By: Clerk's Office, Southern District of Iowa
8:55 am, Sep 11 2024

1

warrants, debriefing of informants, interviews of witnesses other than informants, and review of recorded conversation, that is, consensually monitored conversations recorded over a "body mic". Your Affiant has been involved in the use of these investigative techniques in both federal and state investigations.

3. Your Affiant has participated in training relevant to your Affiant's work for SWINETF. This training includes Basic Narcotics Investigation, Law Enforcement Intelligence Network, Development and Handling of Confidential Informants, Physical Surveillance, Advanced Rural Interdiction, Roadside Interviews, Prescription Drug Diversion, REID Interview Technique, and CTK Interview.

**PROBABLE CAUSE**

4. On July 10, 2024, CS #1 arranged a controlled purchase of a quarter pound of methamphetamine for $800.00 from Aaron LEWIS at 1500 McPherson Ave, Council Bluffs, Iowa. At about 7:32 pm CS #1 arrived at LEWIS' residence. CS #1 and LEWIS talk about narcotics on the audio transmitter. CS #1 left the residence and met law enforcement officers to turn over the methamphetamine, which weighed 114 gross grams and field tested positive for methamphetamine. CS #1 told law enforcement that LEWIS retrieved a purple box containing methamphetamine, weighed out the methamphetamine and exchanged the methamphetamine for $800.00.

5. On July 16, 2024, CS #1 arranged a controlled purchase of a half-pound of methamphetamine for $1300.00 from Aaron LEWIS at 1500 McPherson Ave,

Council Bluffs, Iowa. CS #1 met with LEWIS and LEWIS retrieved methamphetamine from the purple box and provided methamphetamine in exchange for $1300. Law enforcement collected the methamphetamine from CS #1 which weighed 219 gross grams and field tested positive for methamphetamine.

6. On August 27, 2024, CS #2 arranged a controlled purchase of a quarter pound of methamphetamine for $875.00 from James MILLS at Aaron LEWIS' residence, 1500 McPherson Avenue, Council Bluffs, Iowa. MILLS provided CS #2 with the methamphetamine in exchange for $875.00.

7. On September 10, 2024 Investigators served search warrants at LEWIS' residence located at 1500 McPherson Ave, Council Bluffs, Iowa.

8. Investigators located 45.8 gross grams of methamphetamine, 105.6 gross grams of marijuana, packaging material, digitals scales, miscellaneous unidentified prescription pills and drug paraphernalia.

9. CS #1, CS #2, and CS #3 are all believed to be credible because they provided information, which was already known to law enforcement, information which was corroborated by further investigation, and information which implicated themselves in criminal activity.

## CONCLUSION

10. Based on the foregoing facts there is sufficient evidence to believe that on July 10, 2024, July 16, 2024, and August 27, 2024, LEWIS distributed over 50 grams of methamphetamine to another person, in violation of 21 U.S.C. § 841(a)(1),

841(b)(1)(A). There is also probable cause to believe that these violations did occur within the Southern District of Iowa.

_____
Brandon Allen, Investigator
SWINETF

Subscribed and sworn to before me by telephone or other reliable electronic means this \_\_10th\_\_ day of September, 2024.

_____
Helen C. Adams
United States Magistrate Judge

4