AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:24-mj-099 |
| Aaron Matthew LEWIS | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Aaron Matthew LEWIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a controlled substance, in violation of T. 21, U.S.C., § 841(a)(1), 841(b)(1)(A)

Date: September 10, 2024

*Helen C. Adams*
Issuing officer's signature

City and state: Council Bluffs, Iowa

Helen C. Adams, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 9/10/24, and the person was arrested on *(date)* 9/10/24
at *(city and state)* Council Bluffs, IA.

Date: 9/11/2024

[signature] 78-12
Arresting officer's signature

Printed name and title